IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Karley Leah Marquet<br>Pennsylvania<br><br>v.<br><br>Former Secretary of Defense<br>Robert M. Gates<br>College of William and Mary<br>Office of the Chancellor<br>P.O. Box 8795<br>Williamsburg, VA 23187-8795<br><br>Secretary of the Army<br>John M. McHugh<br>Office of the Secretary of the Army<br>Pentagon<br>Washington, DC 20350-2000<br><br>Lt. Gen. Franklin L. Hagenbeck<br>Former Superintendent<br>United States Military Academy | CASE NUMBER: 12-cv-3117 ALC/MHD<br>JURY DEMAND |

### NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF KENDZIOR

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Kendzior respectfully notifies this Court and Defendants that she voluntarily dismisses, without prejudice, all of her claims against all Defendants. This notice concerns the claims of Plaintiff Kendzior and does not concern Plaintiff Marquet's claims. Rule 41(a) provides that a notice of dismissal is appropriate for voluntary withdrawal before the opposing party serves either an answer or a motion for summary judgment. Defendants have filed neither an answer nor a motion for summary judgment.

1

   /s/*Susan M. Sajadi*
Susan M. Sajadi (SS0978)
Susan L. Burke
Counsel for Plaintiffs
BURKE PLLC
1000 Potomac Street, N.W., Ste 150
Washington, DC 20007-1105
Telephone: (202) 445-1454
Facsimile: (202) 232-5513
ssajadi@burkepllc.com

CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of July, 2012, I caused a true copy of the foregoing to be filed through the Court's electronic case filing system, and served through the Court's electronic filing system on the counsel of record.

                                                /s/ *Susan M. Sajadi*_____
                                                Susan M. Sajadi (SS0978)